**FILED** CM

**1:21-CR-00505**

8/12/2021

**FELONY**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.      Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes/No** (You must answer 1b even if the answer is No) **NO.**

       1a.      If the answer is "Yes," list the case number and title of the earliest filed complaint:

       1b.      Should this indictment or information receive a new case number from the court? **YES**

2.      Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

       2a.      If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3.      Is this a re-filing of a previously dismissed indictment or information? **NO**

4.      Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5.      Is this a transfer of probation supervision from another district to this District? **NO**

6.      What level of offense is this indictment or information? **Felony**

7.      Does this indictment or information involve eight or more defendants? **NO**

8.      Does this indictment or information include a conspiracy count? **NO**

9.      Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Larceny and Theft (IV)**

10.      List the statute of each of the offenses charged in the indictment or information. **18 U.S.C. § 641 for all counts.**

         /s/ Leslie S. Garthwaite
        LESLIE S. GARTHWAITE
        Trial Attorney, U.S. DOJ Criminal Division