JUDGE SHAH
MAGISTRATE JUDGE COLE

# 1:21-CR-00505

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| CASE NUMBER | 21 GJ 746 | DATE | AUGUST 12, 2021 |
| CASE TITLE | U.S. v. TANGTANG ZHAO | | |

**DOCKET ENTRY TEXT**     **U N D E R  S E A L**

### Grand Jury Proceeding

The Grand Jury for _SPECIAL JULY 2021_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL REQUEST BOND FOR THE DEFENDANT, TO BE DETERMINED AT ARRAIGNMENT.

THE DISTRICT COURT CLERKS OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE FILED INDICTMENT AND THE ARREST WARRANT BE MADE AVAILABLE, VIA EMAIL, TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE, LESLIE S. GARTHWAITE, LESLIE.GARTHWAITE@USDOJ.GOV, AND ONE (1) COPY TO FBI SPECIAL AGENT CHRISTINA RIEBANDT, CRIEBANDT@FBI.GOV IN ORDER TO EFFECT THE ARREST OF THE DEFENDANT.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                     UNDER SEAL)

Courtroom Deputy Initials: 



**FILED** CM
8/12/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1