UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| -v- | ) | No. 21CR505 | |
| TANGTANG ZHAO, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE

NOW COMES, the Defendant, Tangtang Zhao, by and through his attorneys, attorneys Gal Pissetzky and Adam Bolotin, and respectfully requests that this honorable Court amend his conditions of release to allow him to travel to Florida. In support thereof, Mr. Zhu states:

1. Mr. Zhao has been released on bond and is currently only allowed to travel to Florida for work purposed.

2. Mr. Zhao's elderly parents live in Winter Haven, Florida, and Mr. Zhao assists with their care.

3. Mr. Zhao is requesting to be allowed to travel to Florida in order to continue to care for his parents.

4. The government and Pre-trial officer do not object to the request for travel.

WHEREFORE, Defendant respectfully requests that this Honorable Court amend the conditions of release to allow Mr. Zhao to travel to Florida to assist with his parents' care.

Respectfully Submitted,

/s/ Gal Pissetzky
Gal Pissetzky
35 E. Wacker Dr., Suite 1980
Chicago, Illinois 60601
(847)736-7756

# CERTIFICATE OF SERVICE

The undersigned, Adam Bolotin, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

**UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE**

was served on August 30, 2021, pursuant to the district court's ECF filers to the following:

Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/Gal Pissetzky
Gal Pissetzky