# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Tangtang Zhao

Defendant.

Case No.: 1:21−cr−00505

Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2022:

MINUTE entry before the Honorable Manish S. Shah: The trial schedule remains as set, with a pretrial conference on 10/13/22 and trial on 10/17/22, and time excluded under the Speedy Trial Act until 10/17/22. The court notes that defense counsel previously expressed a concern about a conflicting trial scheduled before Judge Durkin. If defense counsel has a conflict, the parties must raise the issue promptly with the court. This court may not grant a continuance of the trial date in this case, and if that poses a conflict for retained counsel here, client and counsel should discuss whether counsel can remain on the case. There is more than enough time for any attorney to prepare for trial in this case. The court understands, of course, that defendant has a right to retained counsel of choice, but a lengthy delay due to counsel's other commitments may not be acceptable. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.