UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANGTANG ZHAO | No. 21 CR 505<br><br>Judge Manish S. Shah |

## **NOTICE OF APPEARANCE**

Please take notice that the United States of America is also represented in the above-captioned case by Trial Attorney Claire T. Sobczak.

                                           Respectfully submitted,

                                           LORINDA LARYEA
                                           Acting Chief
                                           U.S. Department of Justice
                                           Criminal Division, Fraud Section

By:   */s/Claire T. Sobczak*
           Claire T. Sobczak
           Trial Attorney
           U.S. Department of Justice
           Criminal Division, Fraud Section
           219 S. Dearborn Street
           Chicago, IL 60604
           Tel: (202) 591-5418
           Email: claire.sobczak@usdoj.gov