# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                          Case No.: 1:21−cr−00505

                                                      Honorable Manish S. Shah

Tangtang Zhao

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2022:

      MINUTE entry before the Honorable Manish S. Shah: as to Tangtang Zhao. At the original request of the government, and with no objection from the defense, the trial date of 10/17/22 is stricken. Jury trial is reset to 6/20/23 at 9:30 a.m. The court will reserve 4 business days for trial in this matter. Proposed jury instructions and consolidated motions in limine must be filed by 5/31/23. Proposed jury instructions, proposed jury selection questions, a list of names that may be mentioned at trial, and a statement of the case must also be emailed in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov on 5/31/23. Responses to motions in limine are due 6/7/23. The court will rule on the motions in limine at the final pretrial conference set for 6/14/23 at 1:30 p.m. The court excludes time through the trial date of 6/20/23 under the Speedy Trial Act to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation of the case, which includes time for the parties to prepare for trial. Such delay outweighs the interests of the public and the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.