## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                Case No.: 1:21−cr−00505

Honorable Manish S. Shah

Tangtang Zhao

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 30, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion to leave the jurisdiction [30] is granted as to Tangtang Zhao (1). Defendant's conditions of release are modified to permit him to travel to the Mall of America in Minneapolis with his family between January 10 and 12, 2023. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.