**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 21CR505 |
| TANGTANG ZHAO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE TRIAL

NOW COMES, the Defendant, Tangtang Zhao, by and through his attorney Gal Pissetzky, and respectfully requests that this honorable Court continue the trial date in this matter by one week. In support thereof, Mr. Zhu states:

1. The trial in this matter is for June 20, 2023.

2. Counsel is scheduled to be on trial in Cleveland, OH commencing on June 5 and continuing for at least 5 days in the matter of *USA v Theodore Elizondo*, 1:20CR850. Mr. Elizondo is charged with various sexual crimes.

3. Counsel will need one additional week to be able to effectively prepare for this matter once he is back from his trial in Cleveland, OH.

4. The government opposes this request.

WHEREFORE, Defendant respectfully requests that this Honorable Court grant his request to continue the trial date by one week.

Respectfully Submitted,

/s/ Gal Pissetzky
Gal Pissetzky
35 E. Wacker Dr., Suite 1980
Chicago, Illinois 60601
(847)736-7756

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the

## MOTION TO CONTINUE TRIAL

was served on April 18, 2023, pursuant to the district court's ECF filers to the following:

Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

Respectfully submitted,

/s/Gal Pissetzky_____
Gal Pissetzky