### Exhibit A: Partial eBay Chats to/From "asianjackson"

| Sender ID | Recipient ID | Date/Time CDT | Message |
|---|---|---|---|
| heynow60 | asianjackson | 4/3/21 8:32 AM | Hi There, Do you still have those vaccination cards? Need 4 of them as I don't see them on Ebay Thanks [name, mailing address redacted] On 3/24/2021 11:10 PM, eBay - asianjackson wrote: |
| asianjackson | heynow60 | 4/3/21 8:45 AM | Hello, yes I do. <whatsyourpaypalemail> |
| heynow60 | asianjackson | 4/4/21 6:22 PM | [Email address redacted.] |
| | | | |
| westernkenpo | asianjackson | 4/5/21 6:27 PM | I purchased a Covid vaccine card from you. Is there any way to buy more?   Please let me know.  [Name and email address redacted.] |
| westernkenpo | asianjackson | 4/5/21 8:50 PM | Hi I bought a vaccine card from you last week. Do you still have these. If possible can I order more?  Thanks   Mark |
| asianjackson | westernkenpo | 4/6/21 1:23 AM | Hello, thank you for the support!   Yes I do have some more, how many would u like to have? |
| westernkenpo | asianjackson | 4/6/21 2:39 AM | 4 if possible.  How do I pay?  [Name redacted.] |
| asianjackson | westernkenpo | 4/6/21 3:40 AM | <whatisyourpaypalemail> |
| westernkenpo | asianjackson | 4/6/21 4:12 AM | Ebay not letting me send an email address. |
| westernkenpo | asianjackson | 4/6/21 4:13 AM | [Email redacted.] |
| westernkenpo | asianjackson | 4/6/21 4:13 AM | Yah oo |
| asianjackson | westernkenpo | 4/6/21 4:49 AM | You can write it like: <exampleatgmaildotcom> |
| asianjackson | westernkenpo | 4/6/21 4:50 AM | So just making sure, yours is:  [Email address redacted]? |
| westernkenpo | asianjackson | 4/6/21 4:53 AM | [Email redacted] at |
| westernkenpo | asianjackson | 4/6/21 4:55 AM | yes |
| asianjackson | westernkenpo | 4/6/21 5:37 AM | Got ya, and how many more would u like to have? |
| westernkenpo | asianjackson | 4/6/21 6:45 AM | 5 more would be great.   Thanks |
| westernkenpo | asianjackson | 4/6/21 9:07 AM | Please let me know if you have problems sending a PayPal bill.  Thanks [name redacted.] |
| asianjackson | westernkenpo | 4/6/21 9:38 AM | Thank you.   Requested |

| Sender ID | Recipient ID | Date/Time CDT | Message |
|---|---|---|---|
| class1inventoryllc | asianjackson | 4/7/21 1:44 PM | They authentic? |
| asianjackson | class1inventoryllc | 4/7/21 1:44 PM | 100% authentic |
| class1inventoryllc | asianjackson | 4/7/21 1:46 PM | Ok can you just list them some so I can guarantee mine? Looking for 3-4 |
| asianjackson | class1inventoryllc | 4/7/21 1:47 PM | <whatsyourpaypalemail> |
| class1inventoryllc | asianjackson | 4/7/21 1:48 PM | [Email redacted.] |
| asianjackson | class1inventoryllc | 4/7/21 1:49 PM | <youcanwriteitlikethis> |
| class1inventoryllc | asianjackson | 4/7/21 1:51 PM | I sent it to you |
| asianjackson | class1inventoryllc | 4/7/21 1:54 PM | Can you write it like <exampleatgmaildotcom> |
| class1inventoryllc | asianjackson | 4/7/21 1:55 PM | Hello interested in this product |
| asianjackson | class1inventoryllc | 4/7/21 1:56 PM | 3 or 4? |
| class1inventoryllc | asianjackson | 4/7/21 1:57 PM | 4 |
| bflcwbk6 | asianjackson | 4/8/21 6:45 AM | Got it today. Do you have anymore for sale? |
| asianjackson | bflcwbk6 | 4/8/21 6:53 AM | i do have some more. I will list them either tonight or tomorrow night depends on how busy i am |
| bflcwbk6 | asianjackson | 4/8/21 6:55 AM | Ok. I'd like to get at least 8 more. |
| asianjackson | bflcwbk6 | 4/8/21 7:01 AM | <whatisyourpaypalemail> |
| bflcwbk6 | asianjackson | 4/8/21 7:04 AM | [Email redacted.] |
| asianjackson | bflcwbk6 | 4/8/21 7:51 AM | So 8 more? |
| bflcwbk6 | asianjackson | 4/8/21 7:53 AM | Yes |
| whats_in_my_attic | asianjackson | 4/13/21 1:04 PM | Hi, what is the size of this novelty card? what type of paper is it printed on? Thx. |
| asianjackson | whats_in_my_attic | 4/13/21 1:19 PM | To be honest, I never actually measured it. I can if you wanted me to. But I can guarantee you it's authentic. |
| cindy88bees | asianjackson | 4/14/21 10:51 AM | OMG thank you! I saw that they pulled your listing but am happy I got in under the wire. |
| asianjackson | cindy88bees | 4/14/21 11:53 AM | Yea... that happens a lot. I'm used to it already, lol. Your stuff will be send out tomorrow morning. |

| Sender ID | Recipient ID | Date/Time CDT | Message |
|---|---|---|---|
| iceseller92 | asianjackson | 4/14/21 9:07 PM | are they reproductions or genuine cards? about 4 or 5 |
| asianjackson | iceseller92 | 4/14/21 9:16 PM | 100% genuine |
| iceseller92 | asianjackson | 4/14/21 9:16 PM | how much for 1 and then how much for 4/5 |
| asianjackson | iceseller92 | 4/14/21 9:17 PM | 10.99 each |
| iceseller92 | asianjackson | 4/14/21 9:18 PM | Ill take 1 for now. Too see what it looks like |
| asianjackson | iceseller92 | 4/14/21 9:19 PM | Completely understood <whatsyourpaypalemail> |
| iceseller92 | asianjackson | 4/14/21 9:28 PM | it wont let me send it..Can you list it and I will buy it asap? |
| asianjackson | iceseller92 | 4/14/21 9:28 PM | Like this  <exampleatgmaildotcom> |
| iceseller92 | asianjackson | 4/14/21 9:30 PM | [Email redacted.] |
| asianjackson | iceseller92 | 4/14/21 9:38 PM | Got it. I will process it and send it out shortly |
| iceseller92 | asianjackson | 4/14/21 9:38 PM | just sent info to <tzhao07> |
| asianjackson | iceseller92 | 4/14/21 9:39 PM | Yep, I saw it.   Thanks for the support. U won’t be disappointed. |
| iceseller92 | asianjackson | 4/14/21 9:40 PM | Plan to stay connected on there. thanks so much |
| iceseller92 | asianjackson | 4/14/21 9:41 PM | will you have tracking info? |
| asianjackson | iceseller92 | 4/15/21 12:05 AM | Since it’s only 1, I don’t do tracking just to keep the cost low. I can have a picture proof I send it out tho |
| iceseller92 | asianjackson | 4/15/21 12:25 AM | yes please |