UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 21 CR 505 |
|---|---|
| v. | Judge Manish S. Shah |
| TANGTANG ZHAO | |

## NOTICE OF APPEARANCE

Please take notice that the United States of America is also represented in the above-captioned case by Trial Attorney Daniel Griffin.

                                          Respectfully submitted,

                                          GLENN S. LEON
                                          Chief
                                          U.S. Department of Justice
                                          Criminal Division, Fraud Section

                    By:    */s/ Daniel Griffin*
                             Daniel Griffin
                             Trial Attorney
                             U.S. Department of Justice
                             Criminal Division, Fraud Section
                             219 S. Dearborn Street, Rm. 500
                             Chicago, Illinois 60604
Dated: June 14, 2023           (312) 469-6307