# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Tangtang Zhao

Defendant.

Case No.: 1:21−cr−00505
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2023:

MINUTE entry before the Honorable Manish S. Shah: Final pretrial conference held. For the reasons stated in open court, Defendant's motions in limine, [39], [43], [44], are granted in part and denied in part as follows. Defendant's motions in limine to bar opinion testimony as to whether the cards were government property and bar evidence about Walgreens's internal investigation are granted based on the government's representation that it is not eliciting such evidence. Defendant's motions to compel the government to turn over grand jury transcripts and bar evidence about The Washington Post are denied, with a portion of the Washington Post message to be redacted based on the court's ruling under Rule 403. Defendant's motion in limine to bar evidence of eBay's internal policies is granted in part, denied in part; the government may not elicit eBay's policies or other testimony by eBay personnel to prove that the cards were government property, but the proffered evidence is relevant and admissible proof of defendant's intent and knowledge. The government's motions in limine, [40], are granted in part and denied in part as follows. The government's motion in limine to exclude evidence and argument as to jury nullification and oral motion in limine to bar the defense from impeaching a witness with prior misdemeanor convictions are granted. The government's motions in limine to admit all sales activity relating to vaccine cards and to admit the testimony of Witness 1, are granted in part (and defendant's corresponding motion to bar Witness 1 is denied in large part), with the court excluding portions of the witness's proffered testimony and cumulative evidence of defendant's chats with prospective buyers under Rule 402, 403 as stated on the record. A final jury instruction conference will be held before closing arguments. In−person jury selection will be held on 6/20/2023 in Courtroom 1919 at 9:30 a.m., counsel and the parties should be present by 9:15 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.