UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) No. 21CR505 |
| TANGTANG ZHAO, | ) ) ) |
| Defendant. | ) |

**MOTION TO DISMISS INDICTMENT**

NOW COMES, the Defendant, Tangtang Zhao, by and through his attorneys, Gal Pissetzky and Jennifer Snyder, and respectfully requests that this Honorable Court, pursuant to Rule 12(b)(3)(B)(v), dismiss the Indictment for failure to state a criminal offense. In support thereof, Mr. Zhao states:

The government Indicted Mr. Zhao alleging that he violated Title 18, United States Code, Section 641, in that with the intent to deprive, did embezzle, steal, purloin, and knowingly convert to his use and the use of another, and without authority, did sell, convert, and dispose of, a thing of value of the United States and an agency thereof, namely CDC Vaccination Record Cards, with an aggregate value exceeding $1,000 . . ..”

The Center for Disease Control and Prevention (CDC) created a template for the Covid-19 Vaccination Record Cards and provided the cards, free of charge, to providers that administered the vaccines. The vaccination record card has the CDC logo on it. According to the CDC, its logo and other Department of Health and Human Services (HHS) logos and marks are U.S. government property. https://www.cdc.gov/other/agencymaterials.html. The logos should never be used to promote or suggest endorsement of non-CDC, ATSDR or HHS companies, activities, products, events, facilities or services. *Id*.

1

The CDC indicates that it is permissible to use and duplicate CDC logos and materials as long as the user of the material clearly attributes it to the agency that developed the material by clearly stating the material was developed by the CDC. *Id.* The user also must utilize a disclaimer which clearly indicates that the use of the material, including any links to the materials, do not imply endorsement by the CDC of the user's product. Finally, the CDC material cannot be sold. *Id*. If a person misrepresents or misappropriates the CDC's materials, positions or logo/marks in publications sold for profit, the person may be subject to civil money penalties under 42 U.S.C. Section 1320b-10. *Id*. According to the CDC guidelines, there are no criminal penalties for a person that misuses or sells CDC documents. *Id*.

Here, Mr. Zhao is alleged to have sold Covid-19 Vaccination Record Cards that were designed and approved by the CDC and later given to Walgreens for free. Walgreens then gave the cards to patients that received the vaccine, also for free. The fact that the government paid to produce the cards, however, does not mean that they are a thing of value of the United States or that they can be stolen from the United States. None of the CDC created documents are for sale - they are always free and can be used, copied, and duplicated by the public for free. According to the CDC counsel, Melisa Thombley, the concern was not the taking of free cards with the CDC logo, but the way that the cards might be used after they were printed or sold. Like in New York State and other states, fraudulent use of the vaccination record cards might be criminalized and carry criminal penalties. On the other hand, in accordance with 42 U.S.C. Section 1320b-10 and CDC guidelines, the sale of authentic CDC items, i.e. the sale of authentic CDC vaccination record cards, is only subject to civil penalties and not criminal prosecution.

Wherefore, Mr. Zhao respectfully requests that this honorable Court dismiss the criminal indictment against him as it does not allege a criminal act punishable by the criminal code.

Respectfully Submitted,

/s/ Gal Pissetzky
Gal Pissetzky
35 E. Wacker Dr., Suite 1980
Chicago, Illinois 60601
(847)736-7756
gal@pissetzkylaw.com

## CERTIFICATE OF SERVICE

The undersigned, Gal Pissetzky, hereby certifies that in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, and the General Order on Electronic Case Filing (ECF), the attached **MOTION TO DISMISS INDICTMENT** was served on June 19, 2023, pursuant to the district court's ECF filers.

Respectfully submitted,

/s/Gal Pissetzky
Gal Pissetzky