UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 21 CR 505 |
| v. | |
| TANGTANG ZHAO | Judge Manish S. Shah |

**GOVERNMENT'S SENTENCING MEMORANDUM ADDENDUM**

The UNITED STATES OF AMERICA, by GLENN S. LEON, Chief of the Fraud Section, Criminal Division, United States Department of Justice, respectfully submits its sentencing memorandum addendum as to defendant Tangtang Zhao.

In its sentencing memorandum, the government noted that it would seek a preliminary order of forfeiture of $5,600 as the amount of proceeds the defendant made through his criminal conduct. *See* Dkt. 82 at 2. This was pursuant to the forfeiture allegation included as part of the Indictment against the defendant. *See* Dkt. 1 at 4. Separately, the U.S. Probation Office has recommended that, as part of his sentence, the defendant be fined $5,600. *See* USPO Sentencing Recommendation (Disclosed) at 1.

The government agrees with the U.S. Probation Office, and requests that the Court impose a fine against the defendant in the amount of $5,600, pursuant to 18 U.S.C. § 3571(d). If the Court imposes a fine in that amount at sentencing, the government intends to move to dismiss the forfeiture allegation in the Indictment.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: */s/ Victor B. Yanz*
    Victor B. Yanz
    Claire T. Sobczak
    Trial Attorneys
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (202) 957-2993

**CERTIFICATE OF SERVICE**

The undersigned Trial Attorney hereby certifies that the following document:

GOVERNMENT'S SENTENCING MEMORANDUM

was served on November 28, 2023, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              */s/ Victor B. Yanz*
                                              Victor B. Yanz
                                              Trial Attorney, Department of Justice
                                              219 South Dearborn Street
                                              Chicago, Illinois
                                              (202) 591-5418