UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 21 CR 505 |
| v. | |
| TANGTANG ZHAO | Judge Manish S. Shah |

## **MOTION**

The United States of America, by GLENN S. LEON, Chief of the Fraud Section, Criminal Division, United States Department of Justice, respectfully submits this Motion to Release Restricted Documents to Counsel of Record in this action.

1. On June 23, 2023, TANGTANG ZHAO was convicted of 12 counts of theft of government property, in violation of 18 U.S.C. § 641. Dkt. 60. TANGTANG ZHAO filed a Notice of Appeal on December 8, 2023. Dkt. 91.

2. In his appeal, TANGTANG ZHAO raises a challenge to the jury instructions and, in particular, to the Court's response to the jury's notes during trial. *See* Zhao Opening Br. 8, 12-17, *United States v. Zhao*, No. 23-3366 (7th Cir.) (filed Feb. 27, 2024). However, docket entries 71 and 72, the jury notes and verdict form, are restricted on the docket and are inaccessible to the government.

3. The government therefore seeks that the Court grant counsel of record access to restricted docket entries 71 and 72 for the government to respond to TANGTANG ZHAO's instructional challenge on appeal. Counsel for TANGTANG ZHAO does not oppose this request.

                                        Respectfully submitted,

Dated: April 2, 2024            GLENN S. LEON
                                        Chief, Fraud Section
                                        Criminal Division, U.S. Department of Justice

                                        By:    */s Claire T. Sobczak*
                                                  Claire T. Sobczak
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Criminal Division, Fraud Section
                                                  219 South Dearborn St., Rm. 500
                                                  Chicago, Illinois 60604
                                                  claire.sobczak@usdoj.gov
                                                  (202) 591-5418